IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER                                                    PLAINTIFF
ADC #114018

v.                              No. 3:19-cv-202-DPM

PLATINUM PROPERTIES of NEA,
LLC, Owner, Residences, EMIT
GAINES, Administrative Assistant,
Management, Platinum Properties of
NEA, LLC                                                            DEFENDANTS

ORDER

Webster hasn't paid the filing and administrative fees in this case. And a motion to proceed *in forma pauperis* would be futile because Webster is a three-striker. Before filing this lawsuit, he'd had at least three cases dismissed for failing to state a claim. *E.g., Webster v. Does*, No. 3:19-cv-59-DPM; *Webster v. Pigg*, No. 3:19-cv-60-DPM; *Webster v. Day Inn Motels, Inc.*, No. 3:19-cv-78-DPM. And nothing in Webster's new complaint suggests he's currently in imminent danger of serious physical injury. № 1; 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice. If Webster wants to pursue this case, then he must pay the $400 filing and administrative fees and file a motion to reopen the case by 26 August 2019. An *in forma pauperis*

appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshallJr.*
D.P. Marshall Jr.
United States District Judge

24 July 2019