IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER
ADC #114018                                                           PLAINTIFF

v.                          No. 3:19-cv-202-DPM

PLATINUM PROPERTIES of NEA,
LLC, Owner, Residences, EMIT
GAINES, Administrative Assistant,
Management, Platinum Properties of
NEA, LLC                                                              DEFENDANTS

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2019